**McCARTHY & HOLTHUS, LLP**
Melissa Robbins Coutts, Esq. (SBN: 246723)
Ashley Hennessee, Esq. (SBN: 259789)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:     (619) 685-4800
Facsimile:     (619) 685-4811
Email:          ahennessee@mccarthyholthus.com

Attorneys for Defendant,
Caliber Home Loans, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| OMAR BERMUDEZ,<br><br>                        Plaintiff,<br><br>vs.<br><br>CALIBER HOME LOANS, INC. and does 1-10 Inclusive,<br><br>                        Defendant(s). | Case No.  2:16-CV-01570-MCE-KJN<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLANITIFF'S EX-PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**<br><br>Date:  July 14, 2016<br>Time:  2:00 PM<br>Courtroom 7 |

Defendant Caliber Home Loans, Inc. ("Caliber"), by and through its counsel, Ashley B. Hennessee of McCarthy & Holthus, LLP, respectfully requests the Court for permission to appear telephonically at the hearing on Plaintiff's Ex-Parte Application for Temporary Restraining Order and/or Preliminary Injunction ("Application").  Counsel for Caliber was retained to oppose Plaintiff's Application on July 13, 2016 and as such, lacks time to properly request a telephonic appearance a week in advance of the hearing.  Further, counsel for Caliber is located in San Diego, California, and thus is unable to make a personal appearance to oppose

Plaintiff's Application, without undertaking significant travel expenses. Caliber's counsel may be reached directly at 619.243.3924.

For the foregoing reasons, Caliber's counsel respectfully requests that the Court sign the concurrently filed [Proposed] Order granting Caliber's request to appear telephonically at the hearing referenced herein.

Dated: July 13, 2016

Respectfully submitted,
**McCARTHY & HOLTHUS, LLP**

By: /s/ Ashley B. Hennessee
Attorneys for Defendant Caliber Home Loans, Inc.