# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| OMAR BERMUDEZ,<br><br>                              Plaintiff,<br>vs.<br><br>CALIBER HOME LOANS, INC. and does 1-10 Inclusive,<br><br>                              Defendant(s). | Case No.  2:16-CV-01570-MCE-KJN<br><br>**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT HEARING ON PLANITIFF'S EX-PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**<br><br>Date: July 14, 2016<br>Time:  2:00 PM<br>Courtroom 7 |

Defendant Caliber Home Loans, Inc., by and through its counsel, Ashley B. Hennessee of McCarthy & Holthus, LLP, requests the Court for permission to appear telephonically at the hearing on Plaintiff's Ex-Parte Application for Temporary Restraining Order and/or Preliminary Injunction.

///

///

///

///

///

After review of the pleadings and records on file herein, and good cause appearing:

IT IS HEREBY ORDERED that Defendant's counsel is permitted to appear telephonically at the above referenced hearing, set for July 14, 2016, at 2:00 PM, in Courtroom 7 of the above referenced Court.

IT IS SO ORDERED.

DATED: July 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**