Arasto Farsad, Esq. (SBN 273118)
FARSAD LAW OFFICE, P.C.
2905 Stender Way Suite 76
Santa Clara, CA 95054
Tel: 408-641-9966
Fax: 408-866-7334
Email address: farsadlaw1@gmail.com

Attorney for Plaintiff:
OMAR BERMUDEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| OMAR BERMUDEZ, | ) Case No. 2:16-cv-01570-MCE-KJN |
| Plaintiff, | ) **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON PLAINTIFF'S EX-PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** |
| vs. | |
| CALIBER HOME LOANS, INC. and DOES 1-10 Inclusive, | |
| Defendant(s). | |

ARASTO FARSAD, counsel for the Plaintiff, OMAR BERMUDEZ, hereby requests the Honorably Court's permission to appear telephonically at the hearing on Plaintiff's Ex-Parte Application for Temporary Restraining Order and/or Preliminary Injunction. After review of the pleadings and records on file herein, and Good Cause Appearing:

///

///

///

///

0

**ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY**

1 | It is hereby ordered that Plaintiff's counsel is permitted to appear telephonically at the above referenced hearing set for July 14, 2016, at 2:00 pm, in Courtroom 7 of the above referenced Court.

IT IS SO ORDERED.

Dated: July 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE