IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omar Bermudez,<br><br>                Plaintiff,<br><br>    v.<br><br>Caliber Home Loans, Inc.,<br><br>                Defendant. | Case No. 2:16-cv-01570-MCE-KJN<br><br>ORDER REGARDING STIPULATION TO CONTINUE HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:     July 28, 2016<br>Time:    2:00 pm<br>Crtrm:   7<br>Location: 501 I Street<br>                Sacramento, CA 95814<br><br>Judge:   Hon. Morrison C. England, Jr. |

On July 26, 2016, this Court GRANTED Plaintiff's Motion for Preliminary Injunction (ECF No. 23). Later that same day, the parties filed a stipulation by which Defendant agreed to postpone the challenged trustee's sale, and the parties agreed that the hearing on the preliminary injunction shall be continued to August 25, 2016, at 2:00 p.m.

///
///
///
///

Based upon the stipulation of the parties, and good cause appearing therefrom, it is hereby ORDERED that:

1. A further hearing on Plaintiff's motion for preliminary injunction shall be held on August 25, 2016 at 2pm;
2. Defendant's opposition to the application, if any, be filed no later than August 22, 2016;
3. Plaintiff's reply, if any, be filed no later than August 24, 2016.
4. The preliminary injunction granted July 26, 2016 (ECF No. 28) shall remain in effect until the August 25, 2016, hearing date if not further extended by the Court.

IT IS SO ORDERED.

Dated:  August 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE