1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| OMAR BERMUDEZ, | Case No. 2:16-cv-01570-MCE-KJN |
|---|---|
| Plaintiff, | ORDER STAYING ACTION |
| v. | |
| CALIBER HOME LOANS, INC., | |
| Defendant. | |

    Based upon the stipulation of the parties, and good cause appearing therefrom, it is hereby ORDERED that:

    1) this action is stayed until November 28, 2016;

    2) the Motion for Preliminary Injunction set for hearing on August 25, 2016 at 2:00 p.m. is VACATED and will be re-set if necessary to a date and time convenient for the Court after the stay is lifted;

    3) Caliber shall not cause to be conducted a Trustee's Sale unless and until the stay is lifted and Plaintiff's Motion for Preliminary Injunction is either ruled upon or withdrawn; and

///

-1-

4) not later than November 28, 2016, the parties' are directed to file a joint status report with the Court advising as to whether the preliminary injunction may be denied as moot or must be re-calendared.

IT IS SO ORDERED.

Dated: August 24, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE