Arasto Farsad, Esq. (SBN 273118)
FARSAD LAW OFFICE, P.C.
2905 Stender Way Suite 76
Santa Clara, CA 95054
Tel: 408-641-9966
Fax: 408-866-7334
Email address: farsadlaw1@gmail.com

Attorney for Plaintiff:
OMAR BERMUDEZ

Daniel O'Shea, Esq.
PERKINS COIE LLP
505 Howard Street Suite 1000
San Francisco, CA 94105
Tel: 1-415-344-7002
Fax: 1-415-344-7202
E. DOShea@perkinscoie.com

Attorneys for Defendant:
CALIBER HOME LOANS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| OMAR BERMUDEZ,<br><br>       Plaintiff,<br><br>    vs.<br><br>CALIBER HOME LOANS, INC.,<br><br>       Defendant(s). | CASE NO.: 2:16-CV-01570-MCE-KJN<br><br>[The Hon. Morrison C. England Jr.]<br><br>**FURTHER JOINT STATUS REPORT PURSUANT TO THE COURT'S DECEMBER 2, 2016 ORDER (AND STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VDRP UNDER LOCAL RULE 271)** |

   The parties to the above-entitled action submit the instant further joint status report regarding the preliminary injunction / settlement discussions, pursuant to the Court's December 2, 2016 minute order (Document No. 36):

Plaintiff's counsel and Defense counsel have been working on settlement of this case and conclude that mediation would be beneficial to allow the parties to continue to discuss resolution options. Accordingly, Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Respectfully submitted,

Dated: December 28, 2016                    FARSAD LAW OFFICE, P.C.

                                            By:  /s/ Arasto Farsad
                                                Arasto Farsad, Esq.
                                                Attorney for Plaintiff, OMAR BERMUDEZ

Dated: December 28, 2016                    PERKINS COIE LLP

                                            By:  /s/ Daniel O'Shea

                                                Daniel O'Shea, Esq.
                                                Attorney for Defendant,
                                                CALIBER HOME LOANS, INC.


   IT IS SO ORDERED.

Dated: January 6, 2017

                                            _____
                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE