Arasto Farsad, Esq. (SBN 273118)
FARSAD LAW OFFICE, P.C.
2905 Stender Way Suite 76
Santa Clara, CA 95054
Tel: 408-641-9966
Fax: 408-866-7334
Attorney for Plaintiff:
OMAR BERMUDEZ

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR BERMUDEZ, | CASE NO.: 2:16-CV-01570-MCE-KJN |
| Plaintiff, | [The Hon. Morrison C. England Jr.] |
| vs. | ORDER ON STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. OF CIV. P. 41(a)(1)(A)(ii) |
| CALIBER HOME LOANS, INC. and DOES 1-10 Inclusive, | Action filed: July 10, 2016 |
| Defendant(s). | Trial Date: TBD |

Pursuant to the parties' Stipulated Dismissal Without Prejudice Pursuant to Fed. R. Of Civ. P. 41(a)(1)(A)(ii), the instant action is DISMISSED without prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: May 31, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE